```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                  Civil No. 10-cv-308-JD

C. Gregory Melick


PROCEDURAL ORDER


    On January 14, 2011, this court ordered C. Gregory Melick, a/k/a Charles Gregory Melick, to appear in Courtroom 1, Warren B. Rudman Courthouse, 55 Pleasant Street, Concord, New Hampshire, at 10:00 a.m. on Monday, February 14, 2011, to show cause why he should not be held in civil contempt for failure to comply with the court's order of August 6, 2010.

    In the show cause order, Mr. Melick was placed on notice that if he failed to appear before this court as ordered, a warrant for his arrest would issue.

    A copy of the show cause order, the government's petition for contempt, and the exhibit attached to the petition, were ordered to be served in hand on Mr. Melick by a United States Marshal, with a return of service to be filed with the clerk of this court.

    On February 7, 2011, the return of service was filed with the clerk of court by United States Deputy Marshal Paul Schmieder.  The return shows that on February 3, 2011, at 9:30

a.m., Mr. Melick was "personally served" by Deputy Marshal Schnieder, in the presence of Carroll County Sheriff Christopher Connolly. Mr. Melick refused to take the process when it was handed to him and the deputy marshal dropped the process at Mr. Melick's feet, all as set forth in the return of service. The court finds and rules that this constituted valid personal service of the show cause order on Mr. Melick and that he was duly notified to appear in this court at 10:00 a.m. on Monday, February 14, 2011.

    C. Gregory Melick, also known as Charles Gregory Melick, failed to appear in this court at 10:00 a.m. on Monday, February 14, 2011, as ordered.

    Therefore, a bench warrant shall issue for the arrest and detention of C. Gregory Melick, a/k/a Charles Gregory Melick, and he shall be brought forthwith before a judge of this court for a show cause hearing on the government's petition for civil contempt that has been previously served upon him.

    SO ORDERED.

                                             */s/ Joseph A. DiClerico, Jr.*
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

February 15, 2011

cc:   C. Gregory Melick
     Gretchen Leah Witt, Esquire