UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                           Civil No. 10-cv-308-JD

<u>C. Gregory Melick</u>

<u>PROCEDURAL ORDER</u>

    The "Warning Notice" consisting of 14 pages mailed to the Clerk's office by Charles Gregory Melick and received on February 14, 2011, shall be docketed.

    The letter from Carroll County Sheriff, Christopher Connolly mailed to the Clerk of Court dated February 14, 2011, and received in the Clerk's office on February 15, 2011, together with its attachments, shall be docketed.

    Copies of these documents shall be provided to the attorney for the government.

    SO ORDERED.

                                                       /s/ Joseph A. DiClerico, Jr.
                                                       Joseph A. DiClerico, Jr.
                                                       United States District Judge

February 22, 2011

cc:  C. Gregory Melick, pro se
      Gretchen Leah Witt, Esquire