```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                              Civil No. 10-cv-308-JD

C. Gregory Melick


O R D E R


On August 6, 2011, the court ordered C. Gregory Melick, a/k/a Charles Gregory Melick ("Melick"), to obey the IRS summons issued on February 26, 2010, and to appear on August 20, 2010, at 9:30 a.m. at 80 Daniel Street, Portsmouth, New Hampshire.  When Melick failed to appear as ordered, the court ordered Melick to appear in Courtroom 1, Warren B. Rudman Courthouse, 55 Pleasant Street, Concord, New Hampshire, at 10:00 a.m. on Monday, February 14, 2011, to show cause why he should not be held in civil contempt for failure to comply with the court's order of August 6, 2010.  Melick also failed to appear on that date as ordered, and the court issued a bench warrant for Melick's arrest on February 15, 2011.

Since the bench warrant issued, Melick, who is proceeding pro se, has made several filings in the case but remains at large.  Most recently, papers titled "Petition for Redress of Grievances in Support of Motion to Dismiss" and "Order of Dismissal with Prejudice" were sent to the clerk's office.  The "Petition" is signed by ten individuals who are not parties to this case and who are not identified as counsel for Melick.

Neither the "Petition" nor any accompanying document is signed by Melick.

Every paper filed in a case must be signed by an attorney of record or be signed personally by an unrepresented party. Fed. R. Civ. P. 11(a). The ten individuals who signed the "Petition" are not attorneys of record or parties and lack standing to participate in this case. Because the "Petition" and proposed order are not signed by a party in this case or his attorney of record, neither can be accepted as a filing in this case.

## Conclusion

For the foregoing reasons, the "Petition" and proposed order are rejected as filings in this case and shall not be docketed. The clerk of court shall return the "Petition" and proposed order to Charles Gregory Melick, along with a copy of this order, to the return address provided on the mailing envelope: General Delivery, Chocorua Post Office, Chocorua, New Hampshire.

A copy of this order shall also be mailed to Melick at the last address shown on the docket.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

June 21, 2011

cc: C. Gregory Melick, pro se
    Gretchen Leah Witt, AUSA